**FILED**

MAY 15 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. |
| v. | ) |
| | ) Violation: Title 18, United States Code, |
| MELISSA KELLY | ) Section 641 |
| | ) |
| | ) 23-CR-304 |
| | ) Judge Thomas M. Durkin |
| | Magistrate Judge Heather K. McShain |

The SPECIAL MAY 2022 GRAND JURY charges:

Beginning no later than in or around June 2018 and continuing through in or around August 2021, at Hazel Crest, in the Northern District of Illinois, Eastern Division, and elsewhere,

MELISSA KELLY,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use money of the United States, namely, approximately $26,038 in funds administered by the Social Security Administration, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY