

**FILED**
MAY 15 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23-CR-304
Judge Thomas M. Durkin
Magistrate Judge Heather K. McShain
CAT 3



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No** (You must answer 1b even if the answer is No)

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint:

   1b. Should this indictment or information receive a new case number from the court? **Yes**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Other Fraud (III)**

10. List the statute of each of the offenses charged in the indictment or information.
    **18 U.S.C § 641**

s/ Niranjan Emani<br>
Niranjan Emani<br>
Assistant United States Attorney