Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jantz |
|---|---|---|---|
| **CASE NUMBER** | 21 GJ 00274 | **DATE** | MAY 15, 2023 |
| **CASE TITLE** | U.S. v. MELISSA KELLY | | |

**FILED**
MAY 15 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for _SPECIAL MAY 2022_ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Betty W. Jantz_

THE GOVERNMENT WILL ISSUE A SUMMONS ORDERING THE DEFENDANT TO APPEAR. IF DEFENDANT SHOULD FAIL TO APPEAR, THE GOVERNMENT REQUESTS THAT A BENCH WARRANT BE ISSUED AND THAT IF ARRESTED BOND/AND OR DETENTION BE DETERMINED AT ARRAIGNMENT.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                              UNDER SEAL)

Courtroom Deputy Initials: ajs