UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                     Case No.: 1:23−cr−00304
                                     Honorable Thomas M. Durkin

Melissa Kelly
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 17, 2023:

    MINUTE entry before the Honorable Heather K. McShain as to Melissa Kelly: Based on a request from the government in order to permit sufficient time for a summons to issue, the arraignment is reset to 06/05/2023 at 11 a.m. in Courtroom 1700. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.